Clear Form

FILED
MAR 19 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

ORIGINAL

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Larry Richards, Pro Se, In Propria Persona

Plaintiff,

vs.

1.) MICHAEL J. ASTRUE, Commissioner, the Social Security Administration, 2. - 50.) Doe(s) named unknown persons

Defendant.

CV 08 1532

CASE NO. _____

**APPLICATION TO PROCEED IN FORMA PAUPERIS**
(Non-prisoner cases only)

I, Larry Richards, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?   Yes ___  No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: n/a                          Net: n/a

Employer: n/a

n/a

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1 | and wages per month which you received.
2 | March 31st 1980 - TWENTY SEVEN YEARS AGO, Plaintiff is a permanently physically disabled person
3 | who has no income whatsoever and is unable to work due to permanent physical disabilities.
4 |

5 | 2. Have you received, within the past twelve (12) months, any money from any of the
6 | following sources:

7    a.    Business, Profession or      Yes ___ No ✓
8          self employment?

9    b.    Income from stocks, bonds,      Yes ___ No ✓
10          or royalties?

11    c.    Rent payments?      Yes ___ No ✓

12    d.    Pensions, annuities, or      Yes ___ No ✓
13          life insurance payments?

14    e.    Federal or State welfare payments,      Yes ___ No ✓
15          Social Security or other govern-
16          ment source?

17 | If the answer is "yes" to any of the above, describe each source of money and state the amount
18 | received from each.
19 | n/a
20 | n/a

21 | 3. Are you married?      Yes ___ No ✓
22 | Spouse's Full Name: n/a
23 | Spouse's Place of Employment: n/a
24 | Spouse's Monthly Salary, Wages or Income:
25 | Gross $ n/a      Net $ n/a
26 | 4.    a.    List amount you contribute to your spouse's support:$ zero
27      b.    List the persons other than your spouse who are dependent upon you for support
28          and indicate how much you contribute toward their support. (NOTE: For minor

- 2 -

1  children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)
2  none
3  none
4  5.  Do you own or are you buying a home?  Yes ___ No ✓
5  Estimated Market Value: $ 0 ___ Amount of Mortgage: $ 0 ___
6  6.  Do you own an automobile?  Yes ___ No ✓
7  Make n/a ___ Year n/a ___ Model n/a ___
8  Is it financed? Yes ___ No ✓ If so, Total due: $ 0 ___
9  Monthly Payment: $ 0 ___
10 7.  Do you have a bank account? Yes ___ No ✓ (Do not include account numbers.)
11 Name(s) and address(es) of bank: none ___
12 none
13 Present balance(s): $ none ___
14 Do you own any cash? Yes ___ No ✓ Amount: $ none ___
15 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
16 market value.)  Yes ___ No ✓
17 none
18 8.  What are your monthly expenses?
19 Rent: $ 0 ___ Utilities: included in rent ___
20 Food: $ charity at St. Anthony's and Glide ___ Clothing: none ___
21 Charge Accounts:
22 Name of Account          Monthly Payment          Total Owed on This Account
23 none ___                 $ 0 ___                  $ 0 ___
24 none ___                 $ 0 ___                  $ 0 ___
25 none ___                 $ 0 ___                  $ 0 ___
26 9.  Do you have any other debts? (List current obligations, indicating amounts and to whom
27 they are payable. Do not include account numbers.)
28 San Francisco General Hospital

- 3 -

1  and MANY other medical bills

2  10.    Does the complaint which you are seeking to file raise claims that have been presented in
3  other lawsuits?   Yes ✓   No ___
4  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
5  which they were filed.
6  Notice of related case Larry Richards Vs. Kenneth Apfel #98 - 4132 (CAL) on file, this case is to obtain the
7  enforcement of the Order of that case, that the defendants would go back in my case and correct their errors!

PLAINTIFF MOVES THAT THE COURT ORDER THE CLERK TO PHOTOCOPY THIS CASE AND
8  I declare under the penalty of perjury that the foregoing is true and correct and understand that a
SERVE IT ON THE DEFENDANTS WITH A NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF
9  false statement herein may result in the dismissal of my claims.
SERVICE OF SUMMONS BECAUSE PLAINTIFF IS TOO POOR TO EVEN PAY FOR PHOTOCOPIES OF ALL
10 MONDAY                                                                                                OF
11 MARCH 17th 2008                        [signature] March 17th 2008                                    THIS!

12       DATE                           SIGNATURE OF APPLICANT

- 4 -