**FILED**
MAR 19 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

ORIGINAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Larry Richards, Pro Se, In Propria Persona, | CV No. C 08 1532 |
| Plaintiff(s), | **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE** |
| v. | **AND** |
| 1.) MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, and | **REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| 2. - 50) DOE(S) named, unknown persons Defendant(s). | |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: MONDAY MARCH 17 2008

Signature

Counsel for Plaintiff Pro Se, In Propria
(Plaintiff, Defendant, or indicate "pro se")