1
2      UNITED STATES DISTRICT COURT
3      NORTHERN DISTRICT OF CALIFORNIA

4  LARRY RICHARDS

5           Plaintiff(s),                          No. 08-01532 JL

6      v.                                          NOTICE OF IMPENDING
                                                    REASSIGNMENT TO A UNITED
7                                                   STATES DISTRICT COURT JUDGE

8  MICHAEL J ASTRUE

9           Defendant(s).
                                              /
10

11      The Clerk of this Court will now randomly reassign this case to a United States District

12  Judge because either:

13  **XX**    (1)    One or more of the parties has requested reassignment to a United States

14  District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or

15          (2)    One or more of the parties has sought a kind of judicial action (e.g., a temporary

16  restraining order) that a United States Magistrate Judge may not take without the consent of

17  all parties, the necessary consents have not been secured, and time is of the essence.

18      The **CASE MANAGEMENT CONFERENCE** previously scheduled for June 25, 2008

19  at 10:30 a.m. on Magistrate Judge Larson's calendar will **NOT** be held.

20

21  Dated:  March 20, 2008

22
23
                                              Richard W. Wieking, Clerk
24                                            United States District Court

25                                            _____
                                              By: Wings Hom, Deputy Clerk
26
27
28

reassig1.DCT                              1