United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LARRY RICHARDS,

    Plaintiff(s),

    v.

MICHAEL J. ASTRUE, Commissioner, Social security administration, et al.,

    Defendant(s).
_____/

No. C 08-1532 PJH

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

As the above-entitled case appears to be an attempt by plaintiff to reopen a previously closed case, *Richards v. Apfel, C 98-4132* CAL, pursuant to Civ. Local Rule 3-12, this case is referred to Judge Armstrong, who has been assigned the lower-numbered case, to consider whether the cases are related.

**IT IS SO ORDERED.**

Dated: April 1, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

LARRY RICHARDS et al,

        Plaintiff,

  v.

MICHAEL J ASTRUE et al,

        Defendant.
                                          /

Case Number: CV08-01532 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 1, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Larry Richards
2625 Alcatraz Avenue
#317
Berkeley, CA 94705-2702

Dated: April 1, 2008

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk