1  Larry Richards, Pro Se, In Propria Persona, Counsel of Record for the Plaintiff: Larry Richards and IF APPOINTED
   PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT: Ms. Georgeana K. Roussos, Attorney-At-Law;
2  (415) 252–1922; The Roussos Law Firm, 77 McAllister, Second Floor; San Francisco, California 94102

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

Larry Richards, Pro Se, In Propria Persona,
2625 Alcatraz Avenue #317, Berkeley,
California 94705–2702, AND IN CARE OF:
Ms. Georgeana Roussos, 77 McAllister, Second
Floor, San Francisco, California 94102,
        Plaintiff, Pro Se,

Vs.

1.) MICHAEL J. ASTRUE, COMMISSIONER,
Social Security Administration, And
2. –50.) DOE(S) defendants, named, unknown
persons, In Care Of: UNITED STATES
ATTORNEY, Attention: Social Security
Defense Attorney, 450 Golden Gate, San
Francisco, California 94102,
        Defendants, Et. Al.

Case No.: **CV–08–1532 PJH**

Pro Se Plaintiff Larry Richards'
# EX PARTE MOTION
**FOR THE COURT TO ORDER THE UNITED STATES MARSHALS TO SERVE THE DEFENDANTS and for the Clerk of the Court to photocopy ALL of the documents in this case and then deliver these copies to the United States Marshals office TO SERVE THE SUMMONS, COMPLAINT, and all other photocopies in this case ON THE DEFENDANTS DUE TO THE INDIGENCE OF THE PLAINTIFF**
As plaintiff has previously written and moved in his previously filed MOTION to Proceed Informa Pauperis filed on March 19th, 2008.

Plaintiff's **EXPARTE Motion for the Court to Order the United States Marshals to Serve the Defendants** and for the Clerk of the Court to photocopy ALL of the documents in this case and then deliver these copies to the United States Marshals office TO SERVE THE ATTACHED SUMMONS, COMPLAINT, and all other photocopies in this case ON THE DEFENDANTS DUE TO THE INDIGENCE OF THE PLAINTIFF:

    **COMES NOW,** the Pro Se, In Propria Persona, Plaintiff Larry Richards and HEREBY, **MOVES** this Honourable Court PURSUANT to the previously filed on March 19th, 2008 Motion to Proceed In Forma Paupers (IFP) **to Order** the Clerk of the Court to photocopy all of the documents in this case–at–bar **and to Order** the Clerk of the Court to deliver those photocopies onto the United States Marshals Office **and to Order** the United States Marshals to serve the attached Summons, Complaint, and all other photocopies of the documents in this case onto the Defendants due to the indigence of the Plaintiff who cannot even afford to photocopy any of the documents in this case and/or serve them onto the Defendants himself.

    **RESPECTFULLY SUBMITTED:**

Signed, Sworn, and Dated in San Francisco, California on this Monday, the 31st day of March, in the 2008th year of our Lord.

BY: _[signature]_
Larry Richards, Pro Se, In Propria Persona, Counsel of Record for the Plaintiff: Larry Richards and IF APPOINTED PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT: Ms. Georgeana Roussos, 77 McAllister, Second Floor; San Francisco, California 94102

©ENTIRE CONTENTS COPYWRITTEN BY AUTHOR LARRY RICHARDS © on 3/31/08 no portion may be used without expressed written permission of the author who can be contacted at the address above.

AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| Larry Richards, Pro Se, In Propria Persona )<br>Plaintiff )<br>v. )<br>1.)MICHAEL J. ASTRUE,2.-50.) DOES named unkn )<br>Defendant ) | Civil Action No.   CV - 08 - 1532 PJH |

**Summons in a Civil Action**

To:   Commissioner of Social Security ASTRUE, et. al.
*(Defendant's name)*

A lawsuit has been filed against you.

Within __10__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Time is shortend due to the filing of an Emergency Motion for Temporary Restraining Order! Larry Richards,Pro Se, InPropriaPersona,Plaintiff2625 Alcatraz Avenue#317Berkeley,California 94705-2702additionally Plaintiff has moved for the appointment of TWO social security attornies under 5USC504/554 if appointed they are:Mr.RichardGutstadt, Esquire 614 Grand Avenue, Suite 200, Oakland, California 94610 and Ms. Georgeana Roussos 77 McAllisterSFCA

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date:   04/07/2008

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on __04/08/2008__,
by:

 (1) personally delivering a copy of each to the individual at this place, __US Attorney, 450 Golden Gate__ ; or

 (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
   who resides there and is of suitable age and discretion; or

 (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
   __office of United States Attorney 450 Golden Gate San Francisco, CA  94102__ ; or

 (4) returning the summons unexecuted to the court clerk on _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address