**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| LARRY J. RICHARDS, | No. C 98-04132 SBA |
| Plaintiff, | **ORDER** |
| v. | [Docket No. 68] |
| KENNETH APFEL, et al., | |
| Defendants. | |

| | |
|---|---|
| LARRY RICHARDS, | No. C 08-01532 PJH |
| Plaintiff, | **ORDER** |
| v. | [Docket Nos. 8-9] |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Judge Saundra B. Armstrong has been asked to determine whether the newer above-captioned matter is related to the older above-captioned matter. *See* Docket No. 68 in case 98-04132 SBA, Docket Nos. 8 & 9 in case 08-01532 PJH. Judge Armstrong is a named defendant in case 98-04132, and thus RECUSES herself from this determination. The Clerk having assigned the older case to Judge Armstrong, as the previously assigned judge has retired, is directed to again reassign the older case.

IT IS SO ORDERED.

April 21, 2008

Saundra Brown Armstrong
United States District Judge