1  Larry Richards, Pro Se, In Propria Persona, Counsel of Record for the Plaintiff: Larry Richards and IF APPOINTED
   PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT: Ms. Georgeana K. Roussos, Attorney–At–Law;
2  (415) 252–1922; The Roussos Law Firm, 77 McAllister, Second Floor; San Francisco, California 94102

**FILED**
08 APR 22 PM 1: 35
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Larry Richards, Pro Se, In Propria Persona,
2625 Alcatraz Avenue #317, Berkeley,
California 94705–2702, AND IN CARE OF:
Ms. Georgeana Roussos, 77 McAllister, Second
Floor, San Francisco, California 94102,
     Plaintiff, Pro Se,

Vs.

1.) MICHAEL J. ASTRUE, COMMISSIONER,
Social Security Administration, And
2.–50.) DOE(S) defendants, named, unknown
persons, In Care Of: UNITED STATES
ATTORNEY, Attention: Social Security
Defense Attorney, 450 Golden Gate, San
Francisco, California 94102,
     Defendants, Et. Al.

Case No.: **CV–08–1532 PJH**

Pro Se Plaintiff Larry Richards'

**EX PARTE MOTION**

FOR THE COURT TO ALLOW THE WEAK DISABLED PLAINTIFF TO APPEAR BEFORE THIS COURT VIA A TELEPHONE CONNECTION, AT LEAST UNTIL SUCH TIME AS HE RECOVERS FROM HIS PENDING SURGERY – OR FEBRUARY 2009 WHICHEVER OCCURS FIRST.

**E-filing**

As plaintiff has previously written and moved in his previously filed COMPLAINT for a Cause of Action, AND Emergency Motion For a Temporary Restraining Order filed on 3/19/08.

Plaintiff's **EXPARTE MOTION TO ALLOW THE PLAINTIFF TO APPEAR BY PHONE**

**COMES NOW,** the Pro Se, In Propria Persona, Plaintiff Larry Richards and HEREBY, MOVES this Honourable Court to ALLOW this weak, physically frail Plaintiff under severe stress to APPEAR in this Court via a TELEPHONE CONNECTION with the Court. Technically the Plaintiff does not even have a telephone, so currently he cannot provide the Court Clerk with a number. But if this Ex–Parte Motion is approved, then Plaintiff will either borrow a "cellular" telephone, or otherwise obtain access to a telephone. The Plaintiff has previously made this issue known to the Court on pages 1, and 10 of the Emergency Application for TRO, and on page 9 of the Complaint, both previously filed on March 19th 2008.

**RESPECTFULLY SUBMITTED:**

Signed, Sworn, and Dated in San Francisco, California on this Friday, the 18TH day of April, in the 2008th year of our Lord.

BY: _____
Larry Richards, Pro Se, In Propria Persona, Counsel of Record for the Plaintiff: Larry Richards and IF APPOINTED PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT: Ms. Georgeana Roussos, 77 McAllister, Second Floor; San Francisco, California 94102

©ENTIRE CONTENTS COPYWRITTEN BY AUTHOR LARRY RICHARDS © on 3/31/08 no portion may be used without expressed written permission of the author who can be contacted at the address above. All rights reserved over all of the above, Pursuant to UCC 1 – 207.