1  Larry Richards, Pro Se, In Propria Persona, Counsel of Record for the Plaintiff: Larry Richards and IF APPOINTED
   PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT: Ms. Georgeana K. Roussos, Attorney-At-Law;
2  (415) 252-1922; The Roussos Law Firm, 77 McAllister, Second Floor; San Francisco, California 94102

3                           UNITED STATES DISTRICT COURT

4                           NORTHERN DISTRICT OF CALIFORNIA

5  Larry Richards, Pro Se, In Propria Persona,        Case No.: **CV-08-1532 PJH**
   2625 Alcatraz Avenue #317, Berkeley,
6  California 94705-2702, AND IN CARE OF:             Pro Se Plaintiff Larry Richards'
7  Ms. Georgeana Roussos, 77 McAllister, Second       **EX PARTE MOTION** E-filing
   Floor, San Francisco, California 94102,            **FOR THE COURT TO ORDER THE**
8            Plaintiff, Pro Se,                       **CLERK OF THE COURT TO RETRIEVE**
9  Vs.                                                **THE ENTIRE CASEFILE OF CASE**
   1.) MICHAEL J. ASTRUE, COMMISSIONER,               **NUMBER CV-98-4132 CAL FROM THE**
10 Social Security Administration, And                **COURT'S STORAGE FACILITY IN SAN**
   2.-50.) DOE(S) defendants, named, unknown          **MATEO (OR SAN BRUNO?).  AND:**
11 persons, In Care Of: UNITED STATES                 **NOTICE OF RELATED CASE**
   ATTORNEY, Attention: Social Security
12 Defense Attorney, 450 Golden Gate, San             As plaintiff has previously demonstrated the
                                                      location of Plaintiff's related case in
13 Francisco, California 94102,                       "EXHIBIT#4" of both the Complaint AND
            Defendants, Et. Al.                       TRO, previously filed on 3/19/08
14

15 Plaintiff's **EXPARTE MOTION TO RETRIEVE CASE #98-4132CAL FROM STORAGE**
       **COMES NOW,** the Pro Se, In Propria Persona, Plaintiff Larry Richards and HEREBY,

16 Gives NOTICE to this Honourable Court of the RELATED CASE inexorably liked to the above

17 captioned Case: Larry Richards Vs. Kenneth Apfel, et. al. NUMBER CV-98-04132 CAL is

18 currently being stored in the FRC {federal records center?} LOCATION 1710540. Therefore Pro

19 Se Plaintiff MOVES this Honourable Court to ORDER the Clerk of the Court to Retrieve from

20 storage the entire Case File. The fee for this service is approximately $45, and the Court has

21 previously GRANTED the Plaintiff the ability to proceed IFP. Therefore the Plaintiff MOVES

22 that the Court ORDER the retrieval of the entire Case File without the payment of costs. The

23 Plaintiff has previously made this issue known to the Court in "EXHIBIT #4" of BOTH the

   Emergency Application for TRO, and the Complaint, both previously filed on March 19th 2008.
24          **RESPECTFULLY SUBMITTED:**

25
                                    Signed, Sworn, and Dated in San Francisco, California on this
26                                  Monday, the **21**st day of March, in the 2008th year of our Lord.
                                    BY: _____
27                                  Larry Richards, Pro Se, In Propria Persona, Counsel of Record for the
                                    Plaintiff: Larry Richards and IF APPOINTED PURSUANT TO THE
28                                  EQUAL ACCESS TO JUSTICE ACT: Ms. Georgeana K. Roussos,
                                    77 McAllister, Second Floor; San Francisco, California 94102

©ENTIRE CONTENTS COPYWRITTEN BY AUTHOR LARRY RICHARDS © on 4/18/08 no portion may be used without expressed written permission of the author who can be contacted at the address above.
Entire Contents © by Larry Richards, April 18TH, 2008: Created by Larry Richards        PAGE 1 -
RichardsV.ASTRUE**ExparteMotion2RetrieveCaseFile#98-4132CAL**mostRecentVersionCreatedOn4/19/2008 11:49:00 AMPage 1 of 1

**PLANTIFF's EXHIBIT #4: HIS RELATED CASE-FILE LOCATED IN SAN MATEO**

CAND-ECF

Page 1 of 1

## Case File Location

Case 3:98-cv-04132-CAL is marked as having been sent to the FRC.

| Case Number | Volume | Case Title | FRC Shipment Code | FRC Accession Number | Box Number | FRC Location | Date Shipped | Description |
|---|---|---|---|---|---|---|---|---|
| 3:98-cv-04132-CAL | CS1 | Richards v. Apfel, et al | 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 | 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 | 332-333 | 1710540 | 03/09/2006 | 1710540 |

Error: There was an error retrieving the form. Please see your system administrator.