1  Larry Richards, Pro Se, In Propria Persona, Counsel of Record for the Plaintiff: Larry Richards and IF APPOINTED
   PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT: Ms. Georgeana K. Roussos, Attorney-At-Law;
2  (415) 252-1922; The Roussos Law Firm, 77 McAllister, Second Floor; San Francisco, California 94102

**FILED**
US APR 22 2002 PM 1:36
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

3
4              UNITED STATES DISTRICT COURT
5               NORTHERN DISTRICT OF CALIFORNIA

**E-filing**

| | |
|---|---|
| Larry Richards, Pro Se, In Propria Persona, 2625 Alcatraz Avenue #317, Berkeley, California 94705-2702, AND IN CARE OF: Ms. Georgeana Roussos, 77 McAllister, Second Floor, San Francisco, California 94102, Plaintiff, Pro Se, <br><br> Vs. <br><br> 1.) MICHAEL J. ASTRUE, COMMISSIONER, Social Security Administration, And 2. -50.) DOE(S) defendants, named, unknown persons, In Care Of: UNITED STATES ATTORNEY, Attention: Social Security Defense Attorney, 450 Golden Gate, San Francisco, California 94102, Defendants, Et. Al. | Case No.: **CV-08-1532 PJH** <br><br> Pro Se Plaintiff Larry Richards' <br> **EX PARTE MOTION** <br> **FOR THE COURT TO IMMEDIATELY APPOINT AN ATTORNEY PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT 5 USC §§ 504 AND 554** *inter alia*. <br><br> As plaintiff has previously written and moved in his previously filed COMPLAINTs for a Cause of Action, AND Emergency Motion For a Temporary Restraining order each containing JUDICIAL NOTICES #2 and #4. |

Plaintiff's **EXPARTE MOTION FOR 5 USC§§504/554 APPOINTMENT OF ATTORNEY:**
   **COMES NOW,** the Pro Se, In Propria Persona, Plaintiff Larry Richards and HEREBY,

MOVES this Honourable Court to Immediately, PURSUANT to the EQUAL ACCESS TO JUSTICE ACT 5 USC Sections 504 and 554 *inter alia*, to APPOINT as my Social Security Attorney to the Social Security portions of this case-at-bar in accordance with the evidence offered by the Pro Se Plaintiff in both his COMPLAINTs for a Cause of Action, at pages 6 and 7, and Judicial Notices Number 2 and 4 at pages 9 to 12 of the Complaint; AND in his EMERGENCY MOTION for a Temporary Restraining Order, at pages 1,2 and 3, and 9 through 14, and 16 and 17 of the Motion for TRO, both previously filed on March 19th 2008.

   Plaintiff has discussed this matter with Ms. Georgeana Roussos, Esquire, of the Law Offices of Georgeana Roussos, 77 McAllister, Second Floor, San Francisco, California 94102, Telephone Number: (415) 252-1922 and Fax Number (415) 252-1919 and she is appreciative of

the request to appoint her and willing to serve **if she is paid for her time PURSUANT to the EQUAL ACCESS TO JUSTICE ACT, 5 USC §§ 504 and 554 inter alia.**

However due to the complexity of this case the Pro Se Plaintiff ALSO MOVES that this Honourable Court ALSO ALLOW Plaintiff Larry Richards to also speak as there are many events the Pro Se Plaintiff has handled over the last 22 ½ years if this case which Ms. Roussos cannot possibly know and there is not enough time to cover it all in explaining this case to her.

Finally, Plaintiff reminds this Honourable Court of the difficulties in this case in that the Plaintiff CANNOT open a NEW APPLICATION and have Ms. Roussos, even though she is certainly a well qualified Attorney, named as the Attorney of Record for that NEW APPLICATION, because under the Rules of the Social Security Administration the very act of opening a NEW APPLICATION AUTOMATICALLY INVOKES RES JUDICATA thereby destroying the REPRESENTATIONS of the SSA Defendants to go back to the January 6th, 1987 Request for Reconsideration and correct their errors and pay the Plaintiff his Backpayments and Current Payments. THEREFORE the above listed ATTORNEY, MS Roussos, AT THE ABOVE LISTED ADDRESS MUST BE APPOINTED PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 5 USC §§ 504 and 554 *inter alia*.

**RESPECTFULLY SUBMITTED:**

Signed, Sworn, and Dated in San Francisco, California on this Monday, the 31st day of March, in the 2008th year of our Lord.

BY: _/s/ Larry Richards/_
(Larry Richards, Pro Se, In Propria Persona, Counsel of Record for the Plaintiff: Larry Richards and IF APPOINTED PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT:
Ms. Georgeana Roussos, 77 McAllister, Second Floor;
San Francisco, California 94102

©ENTIRE CONTENTS COPYWRITTEN BY AUTHOR LARRY RICHARDS © on 3/31/08 no portion may be used without expressed written permission of the author who can be contacted at the address above.