1  Larry Richards, Pro Se, In Propria Persona, Counsel of Record for the Plaintiff, Larry Richards and IF APPOINTED
   PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT: Ms. Georgeana K. Roussos, Attorney–At–Law;
2  (415) 252–1922; The Roussos Law Firm, 77 McAllister, Second Floor; San Francisco, California 94102

3

4                        UNITED STATES DISTRICT COURT

5                       NORTHERN DISTRICT OF CALIFORNIA

6  Larry Richards, Pro Se, In Propria Persona,     Case No.: **CV–08–1532 PJH?**
   2625 Alcatraz Avenue #317, Berkeley,
7  California 94705–2702, AND IN CARE OF:                      Or **SBA?**
   Ms. Georgeana Roussos, 77 McAllister, Second
8  Floor, San Francisco, California 94102,         Pro Se Plaintiff Larry Richards'
          Plaintiff, Pro Se,                       **EX PARTE MOTION**
9                                                  FOR EXTREME LENIENCY FOR THE
10           Vs.                                   COURT RULES AND FEDERAL RULES
                                                   OF CIVIL PROCEDURE BECAUSE OF
11  1.) MICHAEL J. ASTRUE, COMMISSIONER,           THE EXTREME SEVERE DISABILITIES
    Social Security Administration, And            OF THE PRO SE PLAINTIFF AND HIS
12  2.–50.) DOE(S) defendants, named, unknown      INABILITY TO COMPLY WITH
    persons, In Care Of: UNITED STATES             TIMELIMITS IN THIS CASE.
13  ATTORNEY, Attention: Social Security
14  Defense Attorney, 450 Golden Gate, San         As Plaintiff has greatly diminished in both his
    Francisco, California 94102,                   Physical and Mental capacities since the
15         Defendants, Et. Al.                     previous filing of the Petitions in the previous
                                                   related case #98–4132CAL

16      Plaintiff's **EXPARTE MOTION FOR EXTREME LENIENCY FOR THE FRCP RULES:**
            **COMES NOW,** the Pro Se, In Propria Persona, Plaintiff Larry Richards and HEREBY,
17
    MOVES this Honourable Court to Immediately, UNDERSTAND the EXTREME WEAKNESS OF
18
    THIS PLAINTIFF, AND WAIVE THE STRINGENT RULES OF THIS COURT IN BOTH THE
19
    FEDERAL RULES OF CIVIL PROCEDURE (FRCP) and the CIVIL LOCAL RULES of BOTH
20
    THIS COURT AND THIS JUDGE, particularly in regard to timelimits.  This completely disabled
21
    Plaintiff, in relentless pain, is facing major surgery – which was one of the reasons why the
22
    Application for TRO was written, and Pro Se Plaintiff now LACKS the Physical and Mental abilities
23
    that he once had to proceed before this Court.  The Plaintiff was fairly competent during his
24
    arguments and presentation of his previous related case of #98–4132CAL.  Clearly the Plaintiff was
25
    unsuccessful even at that former level of competence to understand all of the FRCP and comply with
26  them, PARTICULARLY THE TIME SCHEDULE THAT THIS CASE IS NOW UPON.  THIS
    ALONE, PRO SE, PLAINTIFF SIMPLY CANNOT MAINTAIN AND KEEP THE TIMELINESS
27
    SCHEDULE OF THIS CASE AND CANNOT KEEP THE FRCP TIMELIMITS.  The Pro Se
28
    Plaintiff ACKNOWLEDGES THAT THERE IS LITTLE OR NO PRECEDENT IN STATUTORY

1    OR CASE LAW FOR THIS LENIENCY, in fact there seems to be just the exact opposite: for
2    example *Ruiz-Rivera v. Riley*, 209 F.3d 24, 28, n.2 (1st Cir.2000)(quoting *FDIC v. Anchor Props.*,
3    13 F.3d 27, 31 (1st Cir.1994)(explaining that a litigant's pro se status does not absolve him or her
4    from compliance with the Federal or Local Rules of Civil Procedure). HOWEVER, this litigant's
5    **DISABLED STATUS** must be the controlling factor here. THIS PLAINTIFF just quite simply
6    cannot comply with the time limits necessary in this case–at–bar; and the Americans With
7    Disabilities Act (ADA) requires this Court to allow ACCESS to this Court for the DISABLED
8    Plaintiff. Plaintiff would argue that this ADA ACCESS should be expanded to INTELLECTUAL
9    ACCESS to this Honourable Court!! And therefore allow tolerance for the Plaintiff's disabilities in
10    *timely* accessing this Court. The Plaintiff is already at his physical, mental, and emotional wit's end
11    and is barely able to proceed due to the stresses upon him and this case has not even been served
12    upon the Defendants yet!! <u>Basically this Plaintiff is requesting that the Court tell him what to do and Plaintiff will estimate how long it will take him to COMPLY.</u> **{Plaintiff would remind this Court that he has submitted two separate motions UNDER 5 USC §§ 504, 554 for the Appointment of two HIGHLY COMPETENT ATTORNEYS: Ms. Georgeana Roussos for the Social Security issues, and any Civil Rights Attorney for the OVERARCHING CIVIL RIGHTS/FRAUD issues PURSUANT to the EQUAL ACCESS TO JUSTICE ACT, 5 USC §§ 504 and 554 inter alia. These two motions to appoint attorneys are not just for the success of the Plaintiff; but clearly they are also FOR THE CONVENIENCE OF THE COURT.** Plaintiff also reminds this Honourable Court of the difficulties in this case in that the Plaintiff CANNOT open a NEW APPLICATION and have Ms. Roussos or any attorney, even though they are certainly well qualified Attorneys, named as the Attorney of Record for that NEW APPLICATION, because under the Rules of the Social Security Administration the very act of opening a NEW APPLICATION AUTOMATICALLY INVOKES RES JUDICATA thereby destroying the REPRESENTATIONS of the SSA Defendants to go back to the January 6th, 1987 Request for Reconsideration and correct their *ERRORS* and pay the Plaintiff his Backpayments and Current Payments. **RESPECTFULLY SUBMITTED:**

Signed, Sworn, and Dated in San Francisco, California on this Monday, the 28TH day of April, in the 2008th year of our Lord.

BY: _____
Larry Richards, Pro Se, In Propria Persona, Counsel of Record for the Plaintiff: Larry Richards
and IF APPOINTED PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT:
Ms. Georgeana Roussos, 77 McAllister, Second Floor; San Francisco, California 94102

©ENTIRE CONTENTS COPYWRITTEN BY AUTHOR LARRY RICHARDS © on 4/21/08 no portion may be used without expressed written permission of the author who can be contacted at the address above. All rights reserved over all of the above pursuant to UCC 1 – 207