1 | Larry Richards, Pro Se, In Propria Persona, Counsel of Record for the Plaintiff Larry Richards and IF APPOINTED
PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT: Ms. Georgeana K. Roussos, Attorney-At-Law;
2 | (415) 252-1922; The Roussos Law Firm, 77 McAllister, Second Floor, San Francisco, California 94102

FILED
08 APR 29 PM 3:59
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Larry Richards, Pro Se, In Propria Persona, 2625 Alcatraz Avenue #317, Berkeley, California 94705-2702, AND IN CARE OF: Ms. Georgeana Roussos, 77 McAllister, Second Floor, San Francisco, California 94102, Plaintiff, Pro Se, Vs. 1.) MICHAEL J. ASTRUE, COMMISSIONER, Social Security Administration, And 2. -50.) DOE(S) defendants, named, unknown persons, In Care Of: UNITED STATES ATTORNEY, Attention: Social Security Defense Attorney, 450 Golden Gate, San Francisco, California 94102, Defendants, Et. Al. | Case No.: **CV-08-1532** (PJH ?) OR SBA ? Pro Se Plaintiff Larry Richards' **EX PARTE MOTION** FOR THE COURT TO IMMEDIATELY APPOINT A SECOND ATTORNEY PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT 5 USC §§ 504 AND 554 *inter alia*. FOR THE CIVIL RIGHTS PORTION OF THIS CASE. As plaintiff has previously written and moved in his previously filed "BETTER EXPLANATIONS OF COMPLAINT; ADDITIONS TO COMPLAINT; AND BRIEF OF ORAL ARGUMENTS AT HEARING IN SUPPORT OF A TEMPORARY RESTRAINING ORDER" |

Plaintiff's **EXPARTE MOTION FOR 5 USC§§504/554 APPOINTMENT OF ATTORNEY:**

**COMES NOW,** the Pro Se, In Propria Persona, Plaintiff Larry Richards and HEREBY, MOVES this Honourable Court to Immediately, PURSUANT to the EQUAL ACCESS TO JUSTICE ACT 5 USC Sections 504 and 554 *inter alia*, TO EITHER AGREE TO APPOINT an as yet unnamed Civil Rights Attorney or simply select and appoint any Civil Rights Attorney as my CIVIL RIGHTS/FRAUD Attorney to the Civil Rights/Fraud portions of this case-at-bar in accordance with the evidence offered by the Pro Se Plaintiff in both his "BETTER EXPLANATIONS OF COMPLAINT; ADDITIONS TO COMPLAINT; AND BRIEF OF ORAL ARGUMENTS AT HEARING IN SUPPORT OF A TEMPORARY RESTRAINING ORDER" at page 5, and his MOTION FOR LENIENCY of all rules, timelimits due to severe disability of the Plaintiff, both previously filed on April, 24TH, 2008.

Plaintiff HAS NOT discussed this matter with any Civil Rights Attorney because he cannot pay one, BUT IF THE COURT WILL APPROVE THIS MOTION, the odds of Plaintiff being able to find a Civil Rights Attorney willing to serve KNOWING IN ADVANCE THAT she or he will be PAID pursuant to the Equal Access to Justice Act should make the process of finding said attorney more likely. Or in the alternative if the Court were to select and appoint a noteworthy affirmative Civil Rights Attorney to at least temporarily serve – at least until we {the Court, and the Plaintiff} could locate a permanent replacement **if he is paid for his time PURSUANT to the EQUAL ACCESS TO JUSTICE ACT, 5 USC §§ 504 and 554 inter alia, such an action would benefit the Court as well as the Plaintiff.**

However due to the complexity of this case the Pro Se Plaintiff ALSO MOVES that this Honourable Court ALSO ALLOW Plaintiff Larry Richards to also speak as there are many events the Pro Se Plaintiff has handled over the last 22 ½ years of this case which the Civil Rights attorney cannot possibly know and there is not enough time to cover it all in explaining this case to him or her.

Plaintiff also reminds this Honourable Court of the difficulties in this case in that the Plaintiff CANNOT open a NEW SSDI/SSI APPLICATION and have ANY ATTORNEY, even though he or she is certainly a well qualified Attorney, named as the Attorney of Record for that NEW APPLICATION, because under the Rules of the Social Security Administration the very act of opening a NEW APPLICATION AUTOMATICALLY INVOKES RES JUDICATA thereby destroying the REPRESENTATIONS of the SSA Defendants to go back to the January 6th, 1987 Request for Reconsideration and correct their errors and pay the Plaintiff his Backpayments and Current Payments. THEREFORE ANY CIVIL RIGHTS ATTORNEY

1  MUST BE APPOINTED PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 5 USC

2  §§ 504 and 554 *inter alia*.

**RESPECTFULLY SUBMITTED:**

Signed, Sworn, and Dated in San Francisco, California on this Monday, the 21st day of April, in the 2008th year of our Lord.

BY: _[signature]_
Larry Richards, Pro Se, In Propria Persona, Counsel of Record for the Plaintiff: Larry Richards and IF APPOINTED PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT: Ms. Georgeana K. Roussos, 77 McAllister, Second Floor; San Francisco, California 94102

©ENTIRE CONTENTS COPYWRITTEN BY AUTHOR LARRY RICHARDS © on 4/21/08 no portion may be used without expressed written permission of the author who can be contacted at the address above. All rights reserved over all of the above pursuant to UCC 1 – 207