**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**RELATED CASE ORDER**

A Referral for Purpose of Determining Relationship has been filed requesting the undersigned determine whether the following cases are related within the meaning of Civil L.R. 3-12(a):

**C 98-4132 MMC**     Richards v. Apfel
**C 08-1532 PJH**     Richards v. Astrue

**ORDER**

On the basis of the material submitted to the Court, as the Judge assigned to the earliest filed case, I find that the cases:

[ ] **ARE NOT RELATED** as defined by Civil L.R. 3-12(a).

[ X ] **ARE RELATED** as defined by Civil L.R. 3-12(a).  Pursuant to Civil L.R. 3-12(f)(3), the Clerk of Court is ordered to reassign the later-filed action to the undersigned.  The parties are instructed that all future filings are to bear the initials **MMC** immediately after the case numbers.

**DATED:**  April 30, 2008

MAXINE M. CHESNEY
United States District Judge