IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LARRY RICHARDS,

No. CV-08-1532 MMC

        Plaintiff,

**JUDGMENT IN A CIVIL CASE**

  v.

MICHAEL J. ASTRUE, Commissioner of Social
Security,

        Defendant.

_____/

    **()  Jury Verdict.** This action came before the Court for a trial by jury. The issues
have been tried and the jury has rendered its verdict.

    **(X)  Decision by Court.** This action came to trial or hearing before the Court. The
issues have been tried or  heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** the plaintiff's complaint is hereby
DISMISSED without leave to amend.


Dated: May 5, 2008                     Richard W. Wieking, Clerk

                                     *Tracy Lucero*

                               By: Tracy Lucero
                               Deputy Clerk

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

LARRY RICHARDS et al,

           Plaintiff,

  v.

MICHAEL J ASTRUE et al,

           Defendant.

_____/

Case Number: CV08-01532 MMC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 6, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Larry Richards
2625 Alcatraz Avenue
#317
Berkeley, CA 94705-2702

United States Attorney
450 Golden Gate Avenue, 10th Floor
San Francisco, CA 94102

Dated: May 6, 2008

                        Richard W. Wieking, Clerk
                        By: Alfred Amistoso, Deputy Clerk