1  Larry Richards, Pro Se, In Propria Persona, Counsel of Record for the Plaintiff: Larry Richards and IF APPOINTED **FILED**
   PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT: Ms. Georgeana K. Roussos, Attorney–At–Law;
2  (415) 252–1922; The Roussos Law Firm, 77 McAllister, Second Floor; San Francisco, California 94102 **08 JUN -5 PM 3:38**

3
                    UNITED STATES DISTRICT COURT                RICHARD W. WIEKING
4                                                               CLERK, U.S. DISTRICT COURT
                                                                NORTHERN DISTRICT OF CALIFORNIA
5                     NORTHERN DISTRICT OF CALIFORNIA

6  Larry Richards, Pro Se, In Propria Persona,     Case No.: **CV–08–1532MMC**
   2625 Alcatraz Avenue #317, Berkeley,
7  California 94705–2702, AND IN CARE OF:                      **PJH ?**
   Ms. Georgeana Roussos, 77 McAllister, Second
8  Floor, San Francisco, California 94102,                    OR **SBA ?**
             Plaintiff, Pro Se,
9                                                  **No now it is MMC!!**
                                                   Pro Se Plaintiff Larry Richards'
10     Vs.
                                                   **PARTIAL motion for**
11 1.) MICHAEL J. ASTRUE, COMMISSIONER,
   Social Security Administration, And             **enlargement of time**
12 2. –50.) DOE(S) defendants, named, unknown
13 persons, In Care Of: UNITED STATES              **withinwhich to file**
   ATTORNEY, Attention: Social Security
14 Defense Attorney, 450 Golden Gate, San          **EITHER**
   Francisco, California 94102,                    REQUEST FOR PERMISSION TO FILE
15           Defendants, Et. Al.                   MOTION FOR RECONSIDERATION, or in
                                                   the alternative MOTION FOR
16                                                 ENLARGEMENT OF TIME TO FILE
17                                                 NOTICE OF INTENT TO APPEAL OR IN
                                                   THE ALTERNATIVE, NOTICE OF
18                                                 INTENT TO APPEAL BY RIGHT AND
19                                                 DESIGNATION OF RECORD ON APPEAL

20          Plaintiff's **MOTION FOR ENLARGEMENT OF TIME TO FILE:**

21 **COMES NOW,** the absolutely stunned, shell–shocked, Pro Se, In Propria Persona, Plaintiff
22 Larry Richards and HEREBY, STATES THAT this Honourable Court has willfully refused to
23 observe the CLEAR FACTS of this case: and refuses to acknowledge that it is a Civil Rights
24 case, which it is REQUIRED to HEAR; and clearly refuses to acknowledge that this FIRST
25 AMENDMENT ABSOLUTE RIGHT TO PETITION THE GOVERNMENT FOR A REDRESS
26 OF GRIEVANCES!! AND PLAINTIFF WONDERS WHAT PART OF THE FIRST
27 AMENDMENT THE COURT DOES NOT UNDERSTAND. PLAINTIFF IS ABSOLUTELY
28 APOPLECTIC AND WONDERS IF THE JUDGE WHO HAS WILLFULLY DENIED
   PLAINTIFF'S ABSOLUTE CONSTITUTIONAL RIGHTS, WILL EVEN FAIRLY

1  CONSIDER A MOTION FOR RECONSIDERATION. IF THE COURT WILL *FAIRLY*
2  *CONSIDER*. A MOTION FOR RECONSIDERATION IT MAY CONSTRE THIS FILING AS
3  A MOTION FOR PERMISSION TO FILE A MOTION FOR RECONSIDERATION – BUT
4  THE PLAINTIFF MUST HAVE AN EXTENSION OF TIME WITHIN WHICH TO WRITE
5  SUCH RECONSIDERATION UNTIL AT LEAST AUGUST 1, 2008!  PLAINTIFF IS SO
6  APOPLECTIC WITH THIS JUDGE HE DOES NOT KNOW WHETHER TO APPEAL OR TO
7  INCLUDE HER IN A NEW CIVIL SUIT BECAUSE OF HER ABSOLUTE FAILURE TO
8  FOLLOW 42 USC, 1983, 1985, AND 1986 IN IT'S RACIST, DISCRIMINATORY REFUSAL
9  TO PROTECT A DISABLED PERSON WHO IS ENTITLED TO SPECIAL PROTECTION
   OF THE COURT.

10       THE TIME–LIMITS VARY WIDELY AND PLAINTIFF IS UNABLE TO COMPLY
11 WITH ANY OF THEM DUE TO THE SEVER STRESS AND APOPLECTIC RAGE THAT
12 THIS COURT HAS SENT HIM INTO. IF THIS WERE A STRAIGHT APPEAL PLAINTIFF
13 HAS 60 DAYS IF IT IS SOMETHING ELSE, FOR EXAMPLE IF THE COURT WILL
14 FAIRLY ENTERTAIN A RULE 60 OR 59 MOTION; OR A REQUEST FOR
15 RECONSIDERATION, THEN AGAIN THE TIME LIMITS ARE DIFFERENT.  AND IN
16 ANY CASE THE PLAINTIFF NEEDS AN EXTENSION OF TIME AND GUIDANCE AS TO
17 WHAT THE COURT WILL FAIRLY HEAR. **THEREFORE:** PLAINTIFF ASKS: DO YOU
18 WANT TO FAIRLY REEVALUATE THE HEINOUS DECISIONS THAT YOU HAVE
19 MADE?; OR WOULD YOU PREFER TO JUST JOIN THE OTHER DEFENDANTS IN
20 DESTROYING THIS INNOCENT PLAINTIFF?; OR DO YOU JUST WANT TO GO
21 STRAIGHT TO APPEAL TO THE HIGHER COURT?; TELL ME WHAT YOU WANT TO
   HEAR AND PLAINTIFF WILL COMPLY!
22 THIS COMPLAINT IS STILL INCOMPLETE AND I AM UNDER TOO MUCH STRESS TO
23 WRITE MORE AT THIS TIME, I WILL WRITE MORE AS I AM ABLE AND I RESERVE
   MY WRITE TO AMEND THIS COMPLAINT IN THE FUTURE.
24 **RESPECTFULLY SUBMITTED:**    All rights reserved over all of the above pursuant to UCC 1 – 207
                                   Signed, Sworn, and Dated in San Francisco, California on this
25                                 Monday, the 26ᵀᴴ day of May1, in the 2008ᵗʰ year of our Lord.
26 BY: _____
       Larry Richards, Pro Se, In Propria Persona, Counsel of Record for the Plaintiff: Larry Richa
27     and IF APPOINTED PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT:
       Ms. Georgeana K. Roussos, 77 McAllister, Second Floor; San Francisco, California 94102
28 ©ENTIRE CONTENTS COPYWRITTEN BY AUTHOR LARRY RICHARDS © on 5/26/08 no portion may be used without expressed written
   permission of the author who can be contacted at the address above.