**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

June 6, 2008

Clerk
U.S. Court of Appeals
For the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

**CASE NUMBER: CV 08-01532 MMC**

**CASE TITLE: LARRY RICHARDS-v-MICHAEL J ASTRUE**

USCA Case Number:

Dear Sir/Madam:

  Enclosed is the Notice of Appeal in the above captioned case. Please acknowledge receipt on the enclosed copy of this letter and return it to this office.

                Sincerely,

                RICHARD W. WIEKING, Clerk

                by: Alfred Amistoso
                Case Systems Administrator

cc: Counsel of Record

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

June 6, 2008

**CASE INFORMATION:**
Short Case Title:  LARRY RICHARDS -v- MICHAEL J ASTRUE
Court of Appeals No. (leave blank if a unassigned
U.S. District Court, Division & Judge Name: Northern District: Judge Maxine M. Chesney
Criminal and/or Civil Case No.:  CV 08-01532 MMC
Date Complaint/Indictment/Petition Filed: 03-1908
Date Appealed order/judgment *entered* 5/5/08
Date NOA *filed* 6/5/08
Date(s) of Indictment   Plea Hearing   Sentencing

COA Status (check one):    ☐ granted in full (attach order)    ☐ denied in full (send record)
                           ☐ granted in part (attach order)    ☐ pending

Court Reporter(s) Name & Phone Number: None

*Magistrate Judge's Order?  If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid:                          Date Docket Fee Billed:
Date FP granted: 4/7/08                        Date FP denied:
Is FP pending? ☐ yes  ☐ no                     Was FP limited ☐?  Revoked ☐?
US Government Appeal? ☐ yes  ☐ no
Companion Cases?  Please list:

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)
Appellate Counsel:                             Appellee Counsel:
Larry Richards [Pro Per]
2625 Alcatraz Avenue #317
Berkeley, CA 94705-2702
☐ retained  ☐ CJA  ☐ FPD  ☐ Pro Se  ☐ Other   *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                                   Address:
Custody:
Bail:

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                                9th Circuit Docket Number:


Name & Phone Number of Person Completing this Form: Alfred Amistoso   415 522-2006