1 | Larry Richards, Pro Se, In Propria Persona, Counsel of Record for the Plaintiff: Larry Richards and IF APPOINTED **FILED**
2 | PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT: Ms. Georgeana K. Roussos, Attorney–At–Law; (415) 252–1922; The Roussos Law Firm, 77 McAllister, Second Floor; San Francisco, California 94102 **08 JUN -5 PM 3: 38**

UNITED STATES DISTRICT COURT

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Larry Richards, Pro Se, In Propria Persona, 2625 Alcatraz Avenue #317, Berkeley, California 94705–2702, AND IN CARE OF: Ms. Georgeana Roussos, 77 McAllister, Second Floor, San Francisco, California 94102, Plaintiff, Pro Se, <br><br> Vs. <br><br> 1.) MICHAEL J. ASTRUE, COMMISSIONER, Social Security Administration, And 2. –50.) DOE(S) defendants, named, unknown persons, In Care Of: UNITED STATES ATTORNEY, Attention: Social Security Defense Attorney, 450 Golden Gate, San Francisco, California 94102, Defendants, Et. Al. | Case No.: **CV–08–1532MMC** <br> **PJH ?** <br> OR **SBA ?** <br> **No now it is MMC!!** <br> Pro Se Plaintiff Larry Richards' <br> **PARTIAL motion for enlargement of time withinwhich to file EITHER** <br> REQUEST FOR PERMISSION TO FILE MOTION FOR RECONSIDERATION, or in the alternative MOTION FOR ENLARGEMENT OF TIME TO FILE NOTICE OF INTENT TO APPEAL OR IN THE ALTERNATIVE, NOTICE OF INTENT TO APPEAL BY RIGHT AND DESIGNATION OF RECORD ON APPEAL |

Plaintiff's **MOTION FOR ENLARGEMENT OF TIME TO FILE:**

**COMES NOW,** the absolutely stunned, shell–shocked, Pro Se, In Propria Persona, Plaintiff Larry Richards and HEREBY, STATES THAT this Honourable Court has willfully refused to observe the CLEAR FACTS of this case: and refuses to acknowledge that it is a Civil Rights case, which it is REQUIRED to HEAR; and clearly refuses to acknowledge that this FIRST AMENDMENT ABSOLUTE RIGHT TO PETITION THE GOVERNMENT FOR A REDRESS OF GRIEVANCES!! AND PLAINTIFF WONDERS WHAT PART OF THE FIRST AMENDMENT THE COURT DOES NOT UNDERSTAND. PLAINTIFF IS ABSOLUTELY APOPLECTIC AND WONDERS IF THE JUDGE WHO HAS WILLFULLY DENIED PLAINTIFF'S ABSOLUTE CONSTITUTIONAL RIGHTS, WILL EVEN FAIRLY

1  CONSIDER A MOTION FOR RECONSIDERATION. IF THE COURT WILL *FAIRLY*
2  *CONSIDER*. A MOTION FOR RECONSIDERATION IT MAY CONSTRE THIS FILING AS
3  A MOTION FOR PERMISSION TO FILE A MOTION FOR RECONSIDERATION – BUT
4  THE PLAINTIFF MUST HAVE AN EXTENSION OF TIME WITHIN WHICH TO WRITE
5  SUCH RECONSIDERATION UNTIL AT LEAST AUGUST 1, 2008!  PLAINTIFF IS SO
6  APOPLECTIC WITH THIS JUDGE HE DOES NOT KNOW WHETHER TO APPEAL OR TO
7  INCLUDE HER IN A NEW CIVIL SUIT BECAUSE OF HER ABSOLUTE FAILURE TO
8  FOLLOW 42 USC, 1983, 1985, AND 1986 IN IT'S RACIST, DISCRIMINATORY REFUSAL
9  TO PROTECT A DISABLED PERSON WHO IS ENTITLED TO SPECIAL PROTECTION
   OF THE COURT.
10       THE TIME-LIMITS VARY WIDELY AND PLAINTIFF IS UNABLE TO COMPLY
11 WITH ANY OF THEM DUE TO THE SEVER STRESS AND APOPLECTIC RAGE THAT
12 THIS COURT HAS SENT HIM INTO. IF THIS WERE A STRAIGHT APPEAL PLAINTIFF
13 HAS 60 DAYS IF IT IS SOMETHING ELSE, FOR EXAMPLE IF THE COURT WILL
14 FAIRLY ENTERTAIN A RULE 60 OR 59 MOTION; OR A REQUEST FOR
15 RECONSIDERATION, THEN AGAIN THE TIME LIMITS ARE DIFFERENT. AND IN
16 ANY CASE THE PLAINTIFF NEEDS AN EXTENSION OF TIME AND GUIDANCE AS TO
17 WHAT THE COURT WILL FAIRLY HEAR. **THEREFORE:** PLAINTIFF ASKS: DO YOU
18 WANT TO FAIRLY REEVALUATE THE HEINOUS DECISIONS THAT YOU HAVE
19 MADE?; OR WOULD YOU PREFER TO JUST JOIN THE OTHER DEFENDANTS IN
20 DESTROYING THIS INNOCENT PLAINTIFF?; OR DO YOU JUST WANT TO GO
21 STRAIGHT TO APPEAL TO THE HIGHER COURT?; TELL ME WHAT YOU WANT TO
   HEAR AND PLAINTIFF WILL COMPLY!
22 THIS COMPLAINT IS STILL INCOMPLETE AND I AM UNDER TOO MUCH STRESS TO
23 WRITE MORE AT THIS TIME, I WILL WRITE MORE AS I AM ABLE AND I RESERVE
   MY WRITE TO AMEND THIS COMPLAINT IN THE FUTURE.
24 **RESPECTFULLY SUBMITTED:**   All rights reserved over all of the above pursuant to UCC 1 – 207
                                  Signed, Sworn, and Dated in San Francisco, California on this
25                                Monday, the 26TH day of Mayl, in the 2008th year of our Lord.
26 BY: _____
    Larry Richards, Pro Se, In Propria Persona, Counsel of Record for the Plaintiff: Larry Richa
27  and IF APPOINTED PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT:
    Ms. Georgeana K. Roussos, 77 McAllister, Second Floor; San Francisco, California 94102
28 ©ENTIRE CONTENTS COPYWRITTEN BY AUTHOR LARRY RICHARDS © on 5/26/08 no portion may be used without expressed written
   permission of the author who can be contacted at the address above.